**WO**

## UNITED STATES DISTRICT COURT
### DISTRICT OF ARIZONA

**United States of America**

   **v.**

Arnoldo Alarcon-Gaxiola

## JUDGMENT IN A CRIMINAL CASE
(For Offenses Committed on or After November 1, 1987)

**No.** 05-6275M

Joanne Landfair (Appointed)
Attorney for Defendant

**THE DEFENDANT ENTERED A PLEA OF** Guilty on 12/6/05 to a Complaint.

**ACCORDINGLY, THE COURT HAS ADJUDICATED THAT THE DEFENDANT IS GUILTY OF THE OFFENSE(S) OF** violating Title 8, USC §1325(a)(1), Improper Entry by Alien, a Class B misdemeanor, as charged in the Complaint.

**IT IS THE JUDGMENT OF THIS COURT THAT** the defendant is hereby sentenced to **TIME SERVED.**

   **SPECIAL ASSESSMENT:** Remitted    **FINE:** Waived    **RESTITUTION:** N/A

**THE COURT** FINDS that you have been sentenced in accordance with the terms of the plea agreement and that you have waived your right to appeal and to collaterally attack this matter. The waiver has been knowingly and voluntarily made with a factual basis and with an understanding of the consequences of the waiver.

**IT IS FURTHER ORDERED** that the Clerk of the Court deliver two certified copies of this judgment to the United States Marshal of this district.

The Court orders commitment to the custody of the Bureau of Prisons.

Date of Imposition of Sentence: **Tuesday, December 6, 2005**.

DATED this 14th day of December, 2005.

_____
David K. Duncan
United States Magistrate Judge

**RETURN**

I have executed this Judgment as follows: _____

Defendant delivered on _____ to _____ at _____, the institution designated by the Bureau of Prisons, with a certified copy of this judgment in a Criminal case.

_____    By: _____
United States Marshal                         Deputy Marshal